**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1286**

MARVELLA WILLIAMS,

            Plaintiff - Appellant,

      v.

ESA MANAGEMENT, LLC,

            Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge. (8:17-cv-00806-GJH)

Submitted: May 24, 2018                          Decided: May 30, 2018

Before NIEMEYER, MOTZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marvella Williams, Appellant Pro Se.  Abby Uzupis Van Grinsven, BONNER, KIERNAN, TREBACH & CROCIATA, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvella Williams appeals the district court's order dismissing her complaint with prejudice for failing to comply with the court's discovery order. *See* Fed. R. Civ. P. 37(b)(2)(A); Fed. R. Civ. P. 41(b). We have reviewed the record and conclude that the district court did not abuse its discretion in dismissing Williams' complaint with prejudice. *See Mut. Fed. Sav. & Loan Ass'n v. Richards & Assoc.*, 872 F.2d 88, 92 (4th Cir. 1989) (district court has "wide discretion to impose sanctions for a party's failure to comply with its discovery orders"). Accordingly, we grant Williams leave to proceed in forma pauperis and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*